## GREAT EASTERN STAGES, INC. *v.* W. T. COWAN, INC.

[No. 78, October Term, 1935.]

*Decided January 16, 1935.*

The cause was submitted on briefs to BOND, C.J., URNER, OFFUTT, PARKE, and SLOAN, JJ.

*H. Beale Rollins* and *Daniel S. Sullivan,* for the appellant.

*Joseph T. Parr* and *Rome & Rome,* for the appellee.

BOND, C.J., delivered the opinion of the Court.